# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORTIZ, | Case No. 1:19-cv-01416-AWI-SAB |
| Plaintiff, | ORDER STRIKING UNSIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO FILE SIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE FILING FEE |
| v. | |
| FANNY ORTIZ, et al., | |
| Defendants. | (ECF No. 2) |
| | THIRTY DAY DEADLINE |

Jose Ortiz ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2019, Plaintiff filed a complaint in this action. Along with Plaintiff's complaint, he filed an unsigned application to proceed *in forma pauperis*.

Unsigned documents cannot be considered by the Court, and Plaintiff's application to proceed *in forma pauperis* shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff is required to either pay the filing fee or file a signed application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, filed October 8, 2019, is STRICKEN FROM THE RECORD;

1

2. The Office of the Clerk is directed to provide Plaintiff with an application to proceed in forma pauperis by a prisoner;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: __**October 10, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE