1

2

3

4

5
**UNITED STATES DISTRICT COURT**

6
**EASTERN DISTRICT OF CALIFORNIA**

7

8
JOSE ORTIZ,
| CASE No. 1:19-cv-01416-AWI-SAB

9
Plaintiff,
ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

10
v.

11
FANNY ORTIZ, et al.,
and

12
Defendants.
ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY
CALIFORNIA DEPARTMENT OF

13
CORRECTIONS AND REHABILITATION

14
(ECF No. 4)

15

16      Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. §1983 and has requested

17 leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

18 required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

19 Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.   28 U.S.C. §

20 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

21 the preceding month's income credited to plaintiff's trust account.  The California Department of

22 Corrections and Rehabilitation is required to send to the Clerk of the Court payments from

23 plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing

24 fee is paid in full.  28 U.S.C. § 1915(b)(2).

25      In accordance with the above and good cause appearing therefore, IT IS HEREBY

26 ORDERED that:

27      1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

28      **2.      The Director of the California Department of Corrections and Rehabilitation**

**or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections and Rehabilitation, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:  __**October 31, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE